**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GEORGE OSEYEMI,          :   No. 30 MM 2023

         Respondent       :

         v.                :

CECILIA OLUGBADE-OSEYEMI,     :

         Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.